UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-22072-CIV-HUCK/O'SULLIVAN

GERARDO ALVARADO,

    Plaintiff,

v.

UNIVERSIDAD CARLOS ALBIZU
(CARLOS ALBIZU UNIVERSITY), INC.

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that this matter is hereby DISMISSED with prejudice, with each party to bear its own fees and costs.

DONE and ORDERED in Chambers in Miami, Florida, this 11 day of January, 2011.

PAUL F. HUCK
UNITED STATES DISTRICT JUDGE

cc:    counsel of record